UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60272-CIV-SMITH

ALEXIS ARONATEGUI HERRERA,

     Plaintiff,

vs.

JOSEPH B. EDLOW, *et al.*,

     Defendants.

_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This cause is before the Court upon Plaintiff's Notice of Voluntary Dismissal without Prejudice [DE 4].  Upon consideration, it is

**ORDERED** that

1. This action is **DISMISSED WITHOUT PREJUDICE**.

2. Any pending motions are **DENIED AS MOOT.**

3. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 27th day of March, 2026.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record